EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

CLARE E. CONNORS #7936
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: clare.connors@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2005

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00166 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [18 U.S.C. § 2113(a)] |
| | ) | |
| KEONI HYLTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about April 11, 2005, in the District of Hawaii, defendant KEONI HYLTON, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings

Bank, Waipahu Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: April 21, 2005, Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
CLARE E. CONNORS
Assistant U.S. Attorney


United States v. Keoni Hylton
Cr. No.
INDICTMENT