PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY    #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545

Attorney for Defendant
KEONI HYLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00166 DAE-01 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT |
| | ) | PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| KEONI HYLTON, | ) | DATE:     03/13/06 |
| | ) | TIME:     3:00 p.m. |
| Defendant. | ) | JUDGE:   David A. Ezra |
| | ) | |

N:\DONNA\CLIENTS\Hylton_Keoni\PSI_CR166.wpd

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, Keoni Hylton, by and through counsel, Donna M. Gray, Assistant Federal Public Defender, states that he has no proposed objections or modifications to the Draft Presentence Report.  Defendant reserves the right to

reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED:   Honolulu, Hawaii, February 2, 2006.

    /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
KEONI HYLTON

In the United States District Court, for the District
of Hawaii, <u>United States v. Keoni Hylton</u>, Cr. No. 05-00166 DAE-01
Response to Draft Presentence Report

## CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on February 2, 2006:

    CLARE E. CONNORS    (electronically through CM/ECF)
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    NEIL W. TSUKAYAMA    (via hand-delivery)
    U. S. Probation Officer
    300 Ala Moana Boulevard, Room Cl26
    Honolulu, Hawaii 96850

        /s/Donna M. Gray
        DONNA M. GRAY
        Attorney for Defendant
        KEONI HYLTON