PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
KEONI HYLTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00166 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | DATE |
| | ) | |
| KEONI HYLTON, | ) | Present date: 03/13/06 @ 3:00 p.m. |
| | ) | New date:    07/06/06 @ 1:30 p.m. |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER
CONTINUING SENTENCING DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the sentencing hearing presently scheduled for **March 13, 2006**,

be continued to **July 6, 2006 at 1:30 p.m.,** before the Honorable David A. Ezra.

      IT IS SO STIPULATED.

      DATED:   Honolulu, Hawaii, March 10, 2006.

                                  /s/Donna M. Gray  
                                  DONNA M. GRAY  
                                  Attorney for Defendant  
                                  KEONI HYLTON

                                  /s/Clare E. Connors  
                                  CLARE E. CONNORS  
                                  Attorney for Plaintiff  
                                  UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:  
DATED: Honolulu, Hawaii, March 10, 2006.



                                  David Alan Ezra  
                                  United States District Judge

UNITED STATES v. HYLTON  
CR. NO. 05-00166 DAE  
STIPULATION AND ORDER CONTINUING SENTENCING DATE