# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00166DAE |
| CASE NAME: | USA v. Keoni Hylton |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | Donna Gray |
| USPO: | Neil Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 7/5/2006 | TIME: | 10:30am-11:00am |

COURT ACTION:  EP:  Sentencing to Count 1 of the Indictment as to Defendant Keoni Hylton.

Defendant Keoni Hylton present in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Keoni Hylton.

SENTENCE:

Imprisonment:  60 MONTHS, to run consecutively with any prison term imposed in CR 01-00197HG

Supervised Release:  3 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

    4.    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than eight valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. The restitution of $2,080 is due immediately to American Savings Bank, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.  Interest is waived.

9. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

Special Assessment:  $100.00.

JUDICIAL RECOMMENDATIONS: El Rino, OR.  FCI Greenville, IL.  Educational and Vocational training.  500 hour drug treatment program.  Mental health treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager