# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00166DAE

CASE NAME:       USA v. Keoni Hylton

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:   David Alan Ezra          REPORTER:

DATE:    7/21/2006                TIME:

COURT ACTION:  EO:  Sentencing to Count 1 of the Indictment as to Defendant Keoni Hylton.

AMENDED JUDICIAL RECOMMENDATIONS: El Reno, Oklahoma.  FCI Greenville, IL.  Educational and Vocational training.  500 hour drug treatment program.  Mental health treatment.

Submitted by:  Theresa Lam, Courtroom Manager