AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:        1:05CR00166-001
DEFENDANT:          KEONI HYLTON

Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 MONTHS.

This term consists of SIXTY(60) MONTHS, to run consecutively with any prison term imposed in CR 01-00197HG.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      El Reno, Oklahoma. FCI Greenville, IL. Educational and Vocational training. 500 hour drug treatment program. Mental health treatment.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 19 2006
at 1 o'clock 15 min. PM
CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __09-07-06__ to __FBOP F.C.C.__ at __VICTORVILLE, CA__, with a certified copy of this judgment.

J. L. Norwood, Warden
~~UNITED STATES MARSHAL~~

By  J. R. Arauflo, USM
    Deputy U.S. Marshal